# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Donovan Dyrdal, Anna Dyrdal,

        Plaintiffs,          Civil No. 10-1970 (RHK/RLE)

vs.          **ORDER**

Enbridge (U.S.), Inc.,

        Defendant.

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: May 6, 2010

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge